360 A.2d 667

HOLLAND

v.

HARDIMAN, Appellant.

Argued March 17, 1976. Reuben Singer, with him Singer & Deitch, for appellant. No appearance entered nor brief submitted for appellee.

Judgment affirmed.

359 A.2d 832

HUBER, Appellant,

v.

HUBER.

Argued April 15, 1976. Martha A. Zatezalo, with her David B. Buerger, for appellant. No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: Order affirmed.

SPAETH, J., dissents because the hearing judge based his order on a mathematical formula rather than on the specific needs of the parties.